1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

JEAN RENNE CARTER,

CASE NO.  C10-5363-RBL

10

Plaintiff,

ORDER

11

v.

12

MICHAEL J. ASTRUE, Commissioner of
Social Security,

13

Defendant.

14

15

16

17

18

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

19

(1)     The Court adopts the Report and Recommendation;

20

(2)     The matter is therefore REMANDED to the administration for further

21

consideration; and

22

(3)     The Clerk is directed to send copies of this Order to counsel of record.

23

DATED this 7th day of January, 2011.

24

25

26

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1