# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEAN RENNE CARTER,

            v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5363-RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The matter is therefore REMANDED to the administration for further consideration.

| January 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*
                                                Deputy Clerk