United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEAN RENNE CARTER,<br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | NO. 3:10-cv-5363-RBL<br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $7,887.85 pursuant to 42 U.S.C. § 406(b). Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. On receipt of

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. [3:10-cv-5363-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $4,504.26, as required by statute.

DATED this 1st day of November, 2011.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

p

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. [3:10-cv-5363-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900